377 A.2d 987

Commonwealth v. Moore, Appellant.

Argued June 16, 1977. Joseph T. Murphy, Jr., for appellant; Leon W. Tucker, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. The case is remanded for a hearing on competency of counsel. See *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).